| AOC-105  Doc. Code: CI | | Case No. **13CI05360** |
|---|---|---|
| Rev. 1-07  10/21/2013 09:39 am | | |
| Page 1 of 1  Ver. 1.02 | | Court ☑ Circuit ☐ District |
| Commonwealth of Kentucky | | |
| Court of Justice  www.courts.ky.gov | CIVIL SUMMONS | County  Jefferson |
| CR 4.02; CR Official Form 1 | | |

JEFFERSON CIRCUIT COURT
DIVISION FOUR (4)

PLAINTIFF

Rashawnda           Singer-Williams
648 N. 28th St.

Louisville          Kentucky          40212

VS.

DEFENDANT

McDonald's Corporation
AMF O'Hare Airport

Chicago             Illinois          60666

**Service of Process Agent for Defendant:**
The Prentice Hall Corp System
421 W. Main St.

Frankfort                              Kentucky          40601

**THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

DAVID L. NICHOLSON, CLERK

Date: **OCT 22 2013**                                     _____ Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this ____ day of _____, 2____.

Served by: _____

_____ Title

**Brown Diane**

**From:** Sundquist Jody
**Sent:** Monday, October 28, 2013 3:38 PM
**To:** Brown Diane
**Subject:** Rashawnda Singer Williams
**Attachments:** RASHAWNDA SINGER-WILLIAMS v. MCDONALD'S CORPORATION.pdf

**From:** sop@cscinfo.com [mailto:sop@cscinfo.com]
**Sent:** Friday, October 25, 2013 11:10 AM
**To:** Sundquist Jody
**Subject:** Notice of Service of Process - Transmittal Number: 11757826

# Corporation Service Company ®

**NOTICE OF SERVICE OF PROCESS**

## Transmittal Number: 11757826
(Click the Transmittal Number to view your SOP)

*For more information on instant access to your SOP, click Sign Me Up.*

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | McDonald's Corporation |
| **Entity I.D. Number:** | 0537858 |
| **Entity Served:** | McDonald's Corporation |
| **Title of Action:** | Rashawnda Singer-Williams vs. McDonald's Corporation |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Jefferson County Circuit Court, Kentucky |
| **Case/Reference No:** | 13-CI-05360 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 10/25/2013 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |

**Sender Information:**
Kurt A. Scharfenberger
502-561-0777

**Primary Contact:**

1

Jody Sundquist
McDonald's Corporation International

**Copy of transmittal only provided to:**
April Kalad

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.cscglobal.com for more information related to CSC's Litigation and Matter Management services, including MYSOP, online acknowledgement of SOP and to view a complete library of all SOP received on your behalf by CSC.

**CSC is SSAE 16 certified for its Litigation Management System.**

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882 |

2

CIVIL ACTION NO. **13 CI 05360** JEFFERSON CIRCUIT COURT

DIVISION _____

JUDGE \_\_\_\_\_JEFFERSON CIRCUIT COURT DIVISION FOUR (4)\_\_\_\_\_

Rashawnda Singer-Williams
648 N. 28th St.
Louisville, Kentucky 40212

**PLAINTIFF**

RECEIVED
OCT 2 8 2013

LABOR & EMPLOYMENT LAW

v.

**COMPLAINT**

McDonald's Corporation
AMF O'Hare Airport
Chicago, IL 60666

**DEFENDANTS**

SERVE:    The Prentice Hall Corp System
          421 W. Main St.
          Frankfort, Ky 40601

## I. INTRODUCTION

Comes the Plaintiff, Rashawnda Singer-Williams (hereinafter "Singer-Williams" or "Plaintiff"), and for her Complaint against the Defendant, McDonald's Corporation (hereinafter "McDonald's or "Defendant") states as follows:

## II. PARTIES, JURISDICTION AND VENUE

1. Plaintiff is an individual residing in Louisville, Kentucky.

2. Defendant McDonald's is a company doing business in Louisville, Kentucky.

3. Venue is proper in Jefferson County, Kentucky, pursuant to Kentucky Revised Statutes ("KRS"), Chapter 452 because the events that give rise to the causes of action in this case occurred in Jefferson County, Kentucky.

4. A case and controversy exists between the parties to this action and the amount in controversy exceeds the jurisdictional minimum of this Circuit Court but the amount is less than $75,000 including costs and fees.

### III. FACTS

5. Singer-Williams is a female and a former employee of McDonalds.

6. Singer-Williams began working for McDonalds in 2012.

7. Singer-Williams worked for McDonalds for approximately 2 years.

8. During her term of employment, Singer-Williams had an excellent employment record and work history.

9. During her employment with McDonalds, Singer-Williams was never suspended, demoted, disciplined, discharged or threatened with discharge until after she complained.

10. Singer-Williams worked at McDonalds as a staff worker.

11. "Andre" is a supervisor for McDonalds.

12. "Andre" a supervisor was known by McDonalds to be a person who created a hostile work environment for McDonalds employees and engaged in gender discrimination.

13. "Andre" made sexually harassing comments to the Plaintiff including calling Plaintiff "bitch" and making odd comments about his penis. Singer-Williams complained to McDonalds officials.

14 Despite Singer-Williams' complaints and opposition McDonalds did not take remedial action against "Andre".

15. In response to Singer-Williams' complaints McDonalds began to manufacture problems with Singer-Williams' work performance. "Andre" directed the termination of Singer-Williams' employment in retaliation for her complaints.

16. McDonalds's actions were in retaliation for Singer-Williams' complaints and oppositions to Andre's harassment and gender discrimination.

17. Singer-Williams' opposition and complaints about "Andre" were a motivating factor in McDonalds's termination of Singer-Williams.

18. McDonalds, by and through Andre, created a hostile work environment for female employees.

19. McDonalds engaged in a pattern and practice of mistreating Singer-Williams and other female employees because of their gender.

## IV. CLAIMS AND CAUSES OF ACTION

### A. SEXUAL HARASSMENT/HOSTILE WORK ENVIRONMENT/GENDER DISCRIMINATION

20. Singer-Williams re-alleges all allegations contained in Paragraphs 1 through 19 above as if fully set forth herein.

21. The Defendant's actions constitute hostile work environment based on sex and unlawful discharge under the Kentucky Civil Rights Act, Chapter 344 *et. seq.* (hereinafter "KRS 344").

### B. RETALIATION

22. Singer-Williams re-alleges all allegations contained in Paragraphs 1 through 21 above as if fully set forth herein.

23. Defendant AND Andre's actions as set forth above, constitute retaliation in violation of KRS 344.280 *et seq.* "Andre" is a person as defined by KRS 344.280 *et seq.*

## V. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that she be awarded the following relief and all other relief to which she may be entitled:

A. Trial by jury;

B. Judgment against the Defendant on all claims asserted herein;

C. Compensatory damages including but not limited to past and future lost wages and past and future lost benefits;

D. Compensatory damages including but not limited to emotional distress, mental anguish, humiliation and embarrassment;

E. Punitive damages to punish and deter similar future unlawful conduct;

F. An award of statutory attorney fees, costs and expenses; and

G. Statutory interest on all damage awards, verdicts or judgments.

H. To any other relief to which she may be entitled.

THE SCHARFENBERGER LAW OFFICE

_____
Kurt A. Scharfenberger
800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, Kentucky 40202
(502) 561-0777 (phone)
(502) 236-0888 (fax)
Kurt@scharfenberger-law.com

*Attorney for the Plaintiff*